# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALAINA BALLINGHAM,<br><br>        Plaintiff,<br><br>vs.<br><br>CLINICAL PATHOLOGY LABORATORIES,<br><br>        Defendant. | Case No. 2:16-cv-02742-APG-VCF<br><br>ORDER |

Due to conflicting duties of the Court, the early neutral evaluation scheduled for February 28, 2017 is hereby CONTINUED to March 20, 2017, at 9:30 a.m. All other requirements of the order setting the early neutral evaluation (Docket No. 6) remain in effect, except that the settlement briefs shall be submitted to the undersigned's box in the Clerk's Office no later than 3:00 p.m. on March 13, 2017.

IT IS SO ORDERED.

DATED: February 8, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge