# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALAINA BALLINGHAM, | Case No. 2:16-cv-02742-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS AS MOOT** |
| CLINICAL PATHOLOGY LABORATORIES, INC., | (ECF No. 7) |
| Defendant. | |

In light of the parties' settlement (ECF No. 21),

IT IS ORDERED that defendant Clinical Pathology Laboratories, Inc.'s motion to dismiss **(ECF No. 7) is DENIED as moot**.

DATED this 2nd day of May, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE